**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DEBBIE JAMERSON and                                                    PLAINTIFFS
PAUL JAMERSON

v.                                        No. 4:11CV00568 JLH

ZIMMER, INC.; ZIMMER HOLDINGS,
INC.; and ZIMMER ORTHOPAEDIC
SURGICAL PRODUCTS, INC.                                              DEFENDANTS

**ORDER**

    The joint motion to stay is GRANTED.  Document #7.  This action is hereby stayed pending

transfer to the Northern District of Illinois as part of multidistrict proceedings styled *In Re: Zimmer*

*NexGen Knee Implant Products Liability Litigation*, MDL No. 2272.

    IT IS SO ORDERED this 1st day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE